1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO OFFICE**

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, <br><br> Defendants. | CASE NO. 2:10-cv-03210-WBS-GGH <br><br> Honorable William B. Shubb <br><br> [~~PROPOSED~~] ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE |

The Court, having considered the Stipulation filed by Plaintiff Sacramento Kings Limited Partnership, L.P., Defendant, Cross-Claimant and Cross-Defendant Ledraplastic S.P.A., Defendant, Cross-Claimant and Cross-Defendant Ball Dynamics International, LLC and Defendant, Cross-Claimant and Cross-Defendant M-F Athletic Company, Inc. (collectively "Parties") to continue the Scheduling Conference, currently scheduled for June 13, 2011, to a new date of June 27, 2011,

HEREBY ORDERS THAT:

The Scheduling Conference will be continued to the requested date of June 27, 2011 at 2:00 p.m.

IT IS SO ORDERED.

DATED: May 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE