UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SACRAMENTO KINGS LIMITED
PARTNERSHIP, L.P.,

    Plaintiff,               CIV. NO. 2:10-03210 WBS GGH

vs.

M-F ATHLETIC COMPANY, INC. dba
PERFORM BETTER, LEDRAPLASTIC S.p.a.
and BALL DYNAMICS INTERNATIONAL,
LLC, inclusive,

    Defendants.
_____/

FRANCISCO GARCIA,

    Plaintiff,               CIV. NO. 2:11-02430 MCE DAD

vs.

M-F ATHLETIC COMPANY, INC.
dba PERFORM BETTER;
LEDRAPLASTICS S.p.a.; BALL
DYNAMICS INTERNATIONAL, LLC,
and DOES 1-10,

    Defendants.
_____/

----oo0oo----

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule

123(a) because the actions involve substantially similar factual allegations and parties.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated and <u>Sacramento Kings Limited Partnership, L.P. v. M-F Athletic Company, Inc. et al.</u>, Civ. No. 2:10-03210 WBS GGH and <u>Garcia v M-F Athletic Company, Inc. et al.</u>, Civ. No. 2:11-02430 MCE DAD, be, and the same hereby are, deemed related and the case denominated <u>Garcia v M-F Athletic Company, Inc. et al.</u>, Civ. No. 2:11-02430 MCE DAD, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Gregory G. Hollows for all further proceedings.  Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Garcia v M-F Athletic Company, Inc. et al.</u>, Civ. No. 2:11-02430 WBS GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

///

///

1 | DATED:  November 3, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE