Thomas P. Gmelich, Esq., State Bar No. 166562
Lena J. Marderosian, Esq., State Bar No. 102782
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:   (818) 243-5200
Facsimile:    (818) 243-5266

Attorneys for Defendants/Cross-Claimants/
Cross/Defendants BALL DYNAMICS INTERNATIONAL, LLC
and M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,<br><br>                    Defendants.<br><br>AND ALL CROSS-CLAIMS | CASE NO. 2:10-cv-03210-WBS-GGH<br><br>**ORDER GRANTING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |

1
UNDERTAKING ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

1
2   Having considered the Proposed Stipulated Confidentiality Agreement and
3   Protective Order, filed January 20, 2012, and for good cause, it is so ordered.
4   IT IS SO ORDERED.
5   Dated: January 26, 2012                    /s/ Gregory G. Hollows
6                                              _____
7                                              UNITED STATES DISTRICT COURT
                                               MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28