1  Thomas P. Gmelich, Esq., State Bar No. 166562
2  Lena J. Marderosian, Esq., State Bar No. 102782
   BRADLEY & GMELICH
3  700 North Brand Boulevard, 10th Floor
4  Glendale, California 91203-1422
   Telephone:  (818) 243-5200
5  Facsimile:   (818) 243-5266

6
7  Attorneys for Defendants/Cross-Claimants/
   Cross/Defendants BALL DYNAMICS INTERNATIONAL, LLC
8  and M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER

9

10                         UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12 | SACRAMENTO KINGS LIMITED              | CASE NO. 2:10-cv-03210-WBS-GGH
   | PARTNERSHIP, L.P.,                    |
13 |                                       ) **ORDER GRANTING STIPULATED**
14 |                  Plaintiffs,           ) **CONFIDENTIALITY AGREEMENT**
   |                                       ) **AND PROTECTIVE ORDER**
15 |       vs.                             )
16 | M-F ATHLETIC COMPANY, INC. dba        )
   | PERFORM BETTER, LEDRAPLASTIC          )
17 | S.P.A. and BALL DYNAMICS              )
18 | INTERNATIONAL, LLC, inclusive,        )
   |                                       )
19 |                  Defendants.          )
20 |                                       )
21 | AND ALL CROSS-CLAIMS                  )

1
UNDERTAKING ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

Having considered the Proposed Stipulated Confidentiality Agreement and Protective Order, filed January 20, 2012, and for good cause, it is so ordered.

IT IS SO ORDERED.

Dated:  January 26, 2012             /s/ Gregory G. Hollows

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

UNDERTAKING ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER