PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
  *panish@psblaw.com*
ROBERT S. GLASSMAN, State Bar No. 269816
  *glassman@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff,
FRANCISCO GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.,<br><br>             Plaintiff,<br><br>        v.<br><br>M-F ATHLETIC COMPANY, INC., dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,<br><br>             Defendants.<br><br>FRANCISCO GARCIA,<br><br>             Plaintiff,<br><br>        v.<br><br>M-F ATHLETIC COMPANY, INC., dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, and DOES 1-10,<br><br>             Defendants. | **LEAD CASE:  No. 2:10-03210 WBS (GGHx)**<br>**RELATED TO:**<br>**CASE No. 2:11-02430 WBS (GGHx)**<br><br>This Pertains to:  Case No. 2:11-cv-02430-WBS-GGH<br>[Assigned  to Hon. William B. Shubb]<br><br>**ORDER JOINING PLAINTIFF FRANCISCO GARCIA AS A PARTY TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IN CASE NO. 2:10-03210-WBS-GGH**<br><br>Action filed:   September 14, 2011 |

[PROPOSED] ORDER JOINING PLAINTIFF FRANCISCO GARCIA AS A PARTY TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IN CASE NO. 2:10-03210-WBS-GGH

Having considered the Stipulation entered into by the parties in this action and in the related action entitled *Sacramento Kings Limited Partnership, L.P. v. M-F Athletic Company, Inc. et al.* (Case No. No. 2:10-03210 WBS (GGHx)), and for good cause, it is so ordered that Plaintiff Francisco Garcia shall be deemed a party bound and subject to the Stipulated Confidentiality Agreement and Protective Order in Case No. 2:10-03210-WBS-GGH entitled *Sacramento Kings Limited Partnership, L.P. v. M-F Athletic Company, Inc. et al.*

IT IS SO ORDERED.

DATED: February 29, 2012

/s/ Gregory G. Hollows

U.S. Magistrate Judge

2
[PROPOSED] ORDER JOINING PLAINTIFF FRANCISCO GARCIA AS A PARTY TO THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER IN CASE NO. 2:10-03210-WBS-GGH