IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO KINGS LIMITED
PARTNERSHIP, L.P.,

        Plaintiff,                    No. CIV S-10-3210 WBS GGH

    vs.

M-F ATHLETIC COMPANY, INC. dba
PERFORM BETTER LEDRAPLASTIC
S.P.A., et al.,
                                        ORDER

        Defendants.
_____/

        The parties have filed a stipulated request to continue scheduled dates pending consolidation of this case with related case, Garcia v. M-F Athletic Company, Inc., Civ.S. 11-2430 WBS GGH. The undersigned is unable to approve the proposed dates because they will interfere with the currently scheduled pretrial conference and trial dates, which can only be rescheduled by the district judge. The parties are directed to bring such a proposal before the district judge.

\\\\\

\\\\\

\\\\\

1

1       Accordingly, IT IS ORDERED that: the proposed joint stipulation to continue
2 current status order, filed March 2, 2012, (dkt. no. 51), is denied without prejudice.
3 Dated: March 5, 2012

                                               /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

GGH:076
SacKings3210.so.den.wpd