Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,<br><br>　　　　Defendants. | *Lead Case No.*:<br>　2:10-cv-03210 WBS (GGHx)<br>*Related to*:<br>　2:11-cv-02430 WBS (GGHx)<br>*Assigned to the Hon. William B. Shubb*<br><br>**ORDER GRANTING JOINT STIPULATION OF PARTIES TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES IN THE *KINGS* ACTION TO MATCH TRIAL DATE AND PRETRIAL DEADLINES IN THE RELATED *GARCIA* ACTION** |

[PROPOSED] ORDER GRANTING JOINT STIP. OF PARTIES TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES IN THE *KINGS* ACTION TO MATCH TRIAL DATE AND PRETRIAL DEADLINES IN THE RELATED *GARCIA* ACTION

The Court, having considered the joint stipulation of Plaintiff Sacramento Kings Limited Partnership, L.P., and Defendants / Cross-Claimants / Cross-Defendants M-F Athletic Company, Inc. dba Perform Better, Ball Dynamics International, LLC, and Ledraplastic S.p.a. (collectively, the "Parties") to continue the trial date and pretrial deadlines in the action styled *Sacramento Kings Limited Partnership, L.P., v. M-F Athletic Company, Inc., et al.,* Civil Case No. 2:10-cv-03210 WBS (GGHx) to match the trial date and pretrial deadlines in the related action styled *Garcia v. M-F Athletic Company, Inc. et al.*, Civil Case No. 02430 WBS (GGHx), and good cause appearing therefore, HEREBY ORDERS THAT the Joint Stipulation is GRANTED.

IT IS FURTHER ORDERED:

That the Pretrial Scheduling Order in the case styled *Sacramento Kings Limited Partnership, L.P. v. M-F Athletic Company, Inc., et al.,* Civil Case No. 2:10-cv-03210 WBS (GGHx) (*Kings* Dkt. 40) shall be modified so the trial date (November 14, 2012) and all pretrial deadlines be continued to match the trial date (January 29, 2013) and all pretrial deadlines set forth in the Pretrial Scheduling Order in the case styled *Garcia v. M-F Athletic Company, Inc. et al.*, Civil Case No. 02430 WBS (GGHx) (*Garcia* Dkt. 36) including, in particular, the following:

(a) That the deadline for the Parties to disclose any experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) be extended to April 30, 2012;

(b) That the deadline for the Parties to disclose any experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) be extended to June 4, 2012;

(c) That the deadline for the Parties to complete discovery including having all motions to compel heard (and any resulting orders obeyed) is extended to July 16, 2012;

/ / /

/ / /

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

     (d)    That all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before <u>September 17, 2012</u>;

     (e)    That the Final Pretrial Conference is continued to <u>November 26, 2012</u> at 2:00 p.m.; and,

     (f)    That the Jury Trial is continued to <u>January 29, 2013</u>, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 12, 2012

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -
[PROPOSED] ORDER GRANTING JOINT STIP. OF PARTIES TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES IN THE *KINGS* ACTION TO MATCH TRIAL DATE AND PRETRIAL DEADLINES IN THE RELATED *GARCIA* ACTION