UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., | NO. CIV. 2:10-3210 WBS GGH |
| Plaintiff, | <u>ORDER RE: MOTIONS TO CONSOLIDATE CASES</u> |
| v. | |
| M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, | |
| Defendants. / | |
| FRANCISCO GARCIA, | |
| Plaintiff, | NO. CIV. 2:11-2430 WBS GGH |
| v. | |
| M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, | |
| Defendants. / | |

----oo0oo----

1

1            Presently before the court are defendants M-F Athletic
2   Company, Inc. and Ball Dynamics International, LLC's joint
3   motions to consolidate Case No. 2:10-3210 with Case No.
4   2:11-2430.  (<u>Sacramento Kings Ltd. P'ship v. M-F Athletic Co.,</u>
5   <u>Inc. et al.</u> ("<u>Sacramento Kings</u>"), Case No. 2:10-3210 (Docket No.
6   53.); <u>Garcia v. M-F Athletic Co., Inc. et al.</u> ("<u>Garcia</u>"), Case
7   No. 2:11-2430 (Docket No. 38).)

8            Under Federal Rule of Civil Procedure 42(a), "[i]f
9   actions before the court involve a common question of law or
10  fact, the court may: (1) join for hearing or trial any or all
11  matters at issue in the actions; [or] (2) consolidate the actions
12  . . . ."  The court exercises its discretion in consolidating
13  actions by weighing "the interest in judicial convenience against
14  the potential for delay, confusion, and prejudice caused by
15  consolidation."  <u>Paxonet Commc'ns, Inc. v. Transwitch Corp.</u>, 303
16  F. Supp. 2d 1027, 1029 (N.D. Cal. 2003).  "[T]ypically,
17  consolidation is favored."  <u>Perez-Funez v. Dist. Dir., I.N.S.</u>,
18  611 F. Supp. 990, 994 (C.D. Cal. 1984) (citation omitted).

19           The court has previously found that these two cases are
20  related, (<u>Sacramento Kings</u> Docket No. 42; <u>Garcia</u> Docket No. 8),
21  and has extended the deadlines in Case No. 2:10-3210 so that they
22  are identical to those set in Case No. 2:11-2430, (Sacramento
23  Kings Docket No. 55).  Plaintiffs in both actions have filed
24  statements of non-opposition to defendants' motions to
25  consolidate.  (<u>Sacramento Kings</u> Docket No. 56; <u>Garcia</u> Docket No.
26  39.)  A statement of non-opposition is filed by "[a] responding
27  party who has no opposition to the granting of the motion."
28  Local R. 230(c).  Accordingly, the above-captioned cases shall be

                                  2

consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2) for all purposes.  The main case number will now be 2:10-3210 and all documents shall be filed on that docket; however, counsel are instructed to include both case numbers on all filings.

      IT IS THEREFORE ORDERED that defendants' joint motions for consolidation of Case No. 2:10-3210 and Case No. 2:11-2430 be, and the same hereby are, GRANTED.  The Clerk of the Court is instructed to administratively close the 2:11-2430 case and all documents shall be filed and docketed in the 2:10-3210 case.

DATED:  March 27, 2012

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE