UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.,

Plaintiff,

v.

M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,

Defendants.
_______________________________/

NO. CIV. 2:10-3210 WBS GGH

ORDER RE: MOTIONS TO CONSOLIDATE CASES

FRANCISCO GARCIA,

Plaintiff,

v.

M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,

Defendants.
_______________________________/

NO. CIV. 2:11-2430 WBS GGH

----oo0oo----

Presently before the court are defendants M-F Athletic Company, Inc. and Ball Dynamics International, LLC's joint motions to consolidate Case No. 2:10-3210 with Case No. 2:11-2430. (Sacramento Kings Ltd. P'ship v. M-F Athletic Co., Inc. et al. ("Sacramento Kings"), Case No. 2:10-3210 (Docket No. 53.); Garcia v. M-F Athletic Co., Inc. et al. ("Garcia"), Case No. 2:11-2430 (Docket No. 38).)

Under Federal Rule of Civil Procedure 42(a), "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; [or] (2) consolidate the actions . . . ." The court exercises its discretion in consolidating actions by weighing "the interest in judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation." Paxonet Commc'ns, Inc. v. Transwitch Corp., 303 F. Supp. 2d 1027, 1029 (N.D. Cal. 2003). "[T]ypically, consolidation is favored." Perez-Funez v. Dist. Dir., I.N.S., 611 F. Supp. 990, 994 (C.D. Cal. 1984) (citation omitted).

The court has previously found that these two cases are related, (Sacramento Kings Docket No. 42; Garcia Docket No. 8), and has extended the deadlines in Case No. 2:10-3210 so that they are identical to those set in Case No. 2:11-2430, (Sacramento Kings Docket No. 55). Plaintiffs in both actions have filed statements of non-opposition to defendants' motions to consolidate. (Sacramento Kings Docket No. 56; Garcia Docket No. 39.) A statement of non-opposition is filed by "[a] responding party who has no opposition to the granting of the motion." Local R. 230(c). Accordingly, the above-captioned cases shall be

consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2) for all purposes. The main case number will now be 2:10-3210 and all documents shall be filed on that docket; however, counsel are instructed to include both case numbers on all filings.

IT IS THEREFORE ORDERED that defendants' joint motions for consolidation of Case No. 2:10-3210 and Case No. 2:11-2430 be, and the same hereby are, GRANTED. The Clerk of the Court is instructed to administratively close the 2:11-2430 case and all documents shall be filed and docketed in the 2:10-3210 case.

DATED: March 27, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE