PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
  *panish@psblaw.com*
ROBERT S. GLASSMAN, State Bar No. 269816
  *glassman@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff,
FRANCISCO GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., | **No. 2:10-03210 WBS (GGHx)**  [Assigned  to Hon. William B. Shubb] |
| Plaintiff, | **ORDER EXTENDING THE DEADLINE TO DISCLOSE DAMAGES EXPERTS AND PRODUCE REPORTS IN ACCORDANCE TO FRCP 26(a)(2)** |
| v. | |
| M-F ATHLETIC COMPANY, INC., dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive, | Action filed:   September 14, 2011  Trial date:       January 29, 2013 |
| Defendants. | |
| FRANCISCO GARCIA, | |
| Plaintiff, | |
| v. | |
| M-F ATHLETIC COMPANY, INC., dba PERFORM BETTER, LEDRAPLASTIC S.P.A. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive. | |
| Defendants. | |

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
310.477.1700 phone • 310.477.1699 fax

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1    Having considered the Stipulation entered into by the parties in this

2  consolidated action, and for good cause, and in part modifying the points agreed to

3  in the Stipulation, it is so ordered that:

4    1.    The disclosure of all experts regarding liability is to be filed in

5  accordance with the Court's order on April 30th.  With respect to the depositions

6  that have been taken the week of April 22, 2012, the experts have thirty (30) days

7  from April 26, 2012, to supplement their declarations, or their expert reports,

8  dealing with the depositions that have taken place the week of April 22, 2012, if

9  experts deem the need to.

10    2.    As to the discovery that is presently scheduled for May18, 23, 24 and

11  25, 2012, which involve an inspection and depositions, experts will have thirty (30)

12  days after the completion of the deposition set for May 25, 2012, to supplement their

13  reports, if they choose to do so.  Further, as to the discovery that is presently

14  scheduled for June 12 and 13, 2012, which involve depositions of Ball Dynamic

15  witnesses, experts will have thirty (30) days after the completion of the deposition

16  set for June 13, 2012, to supplement their reports, if they choose to do so.

17    3.    As to damages, all parties agree to extend the disclosure of experts on

18  the damage issues to August 1, 2012.  Further, damages experts may supplement

19  their reports within 21 days of the IME of Plaintiff Francisco Garcia, which shall be

20  taken prior to the July 16, 2012 discovery cutoff.

21    4.    The parties will have 60 days after May 25, 2012 to exchange and

22  disclose any reports from any supplemental liability experts.

23    ////

24    ////

25    ////

26    ////

27    ////

28

2

[PROPOSED] ORDER EXTENDING THE DEADLINE TO DISCLOSE DAMAGES EXPERTS
AND PRODUCE REPORTS IN ACCORDANCE TO FRCP 26(a)(2)

1    5.    No extensions granted herein will entitle the parties to reopen discovery

2  after the presently set discovery cutoff date based on surprise, need, or any other

3  reason with respect to information disclosed in supplemental reports or plaintiff's

4  IME.

5         IT IS SO ORDERED.

6

7  DATED: May 8, 2012

8          /s/ Gregory G. Hollows              _____
         _____
9       Gregory G. Hollows
        United States District Court Magistrate
10      Judge

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
310.477.1700 phone  •  310.477.1699 fax

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] ORDER EXTENDING THE DEADLINE TO DISCLOSE DAMAGES EXPERTS
AND PRODUCE REPORTS IN ACCORDANCE TO FRCP 26(a)(2)