# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.p.a. and BALL DYNAMICS INTERNATIONAL, LLC, Inclusive,<br><br>　　　　Defendants. | Lead Case No. 2:10-cv-03210 WBS (GGHx)<br><br>Related to 2:11-cv-02430 WBS (GGHx)<br><br>**[PROPOSED] ORDER GRANTING AMENDED REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>**Judge:  Hon. William B. Shubb**<br>**Crtrm.: 5**<br><br>Discovery Cutoff: 07/16/12<br>Trial Date:　　　01/29/13 |
| FRANCISCO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER; LEDRAPLASTIC S.p.a.; BALL DYNAMICS INTERNATIONAL, LLC and DOES 1-10,<br><br>　　　　Defendants. | |
| AND ALL RELATED CROSS-ACTIONS | |

DEFENDANTS', M-F ATHLETIC COMPANY, INC. d/b/a PERFORM BETTER and BALL DYNAMICS INTERNATIONAL, LLC's (hereinafter collectively referred to as "Defendants") Amended Request to File Documents Under Seal came before this court. After full consideration of the matter, this court finds as follows:

Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication, Separate Statement of Uncontroverted Material Facts and Compendium of Exhibits introduce exhibits, documents and/or information related to the privacy interests of Plaintiffs and other third party deponents.

IT IS THEREFORE ORDERED that the following selected portions of the Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication, Separate Statement of Uncontroverted Material Facts and Compendium of Exhibits shall be filed under seal:

**COMPENDIUM OF EXHIBITS:**

1. National Basketball Association Uniform Player Contract dated September 29, 2008, Bates stamped 00009 – 000030 (Privacy Rights: Personal Information, Personal Financial Information and Personnel Records)

2. **Deposition Testimony of Geoffrey Hugh Petrie**:
   a. P. 65:15 -66:1, Bates Stamped 000035-000036 (Privacy Right: Personal Financial Information)
   b. P. 67:20-68:12, Bates Stamped 000037-000038 (Privacy Right: Personal Financial Information)
   c. P. 80:1-18, Bates Stamped 000039 (Privacy Rights: Personnel Records, Financial Information, Trade Secret/Commercially Sensitive Information)

3. **Deposition Testimony of Francisco Alberto Garcia**:
   a. P. 198:4-20, Bates Stamped 000055 (Privacy Rights: Personal Financial Information, Personnel Records, Trade Secret/Commercially Sensitive Information)

4. **Deposition Testimony of John Rinehart**:
   a. P. 23:4-25:3, Bates Stamped 000048-000050 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)
   b. P. 25:9-23, Bates Stamped 000050 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)
   c. P. 38:6-17, Bates Stamped 000053 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)
   d. P. 38:25- 39:1, Bates Stamped 000053-000054 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)
   e. P. 39:13-15, Bates Stamped 000054 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)
   f. P. 39:21, Bates Stamped 000054 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)
   g. P. 39:24, Bates Stamped 000054 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

   h. P. 42:7-17, Bates Stamped 000055 (Privacy Rights: Personnel Records, Personal Financial Information, Work History, Trade Secret/Commercially Sensitive Information)

   i. P. 53:1- 54:3, Bates Stamped 000056-000057 (Privacy Rights: Privacy Rights: Personnel Records, Personal Financial Information, Work History, Trade Secret/Commercially Sensitive Information)

   j. P. 54:15:22, Bates Stamped 000057 (Privacy Rights: Personal Financial Information, Personnel Records, Trade Secret/Commercially Sensitive Information)

   k. P. 55:1:3, Bates Stamped 000058 (Privacy Rights: Personnel Records, Trade Secret/Commercially Sensitive Information)

5. **Deposition Testimony of Manuel Gilbert Romero**:

   a. P. 14:5-25, Bates Stamped 000063 (Privacy Right: Work History)

   b. P. 74:15-75:13, Bates Stamped 000068-000069 (Privacy Rights: Medical History, Personal Privacy, Work History)

   c. P. 84:20-25, Bates Stamped 000070 (Privacy Rights: Medical History, Personal Privacy)

   d. P. 85:8-19, Bates Stamped 000071 (Privacy Rights: Medical History, Personal Privacy)

   e. P. 86:6-17, Bates Stamped 000072 (Privacy Rights: Medical History, Personal Privacy, Work History, Personnel Records)

6. **Deposition Testimony of Peter Michael Youngman**:

   a. P. 19:6- 25:10, Bates Stamped 000075-000076 (Privacy Right: Work History)

7.     **Payroll Check Stubs for Francisco Garcia** Bates Stamped 000084-000108 (While Mr. Garcia's testimony related to these Payroll Check Stubs has not been designated as CONFIDENTIAL, the exhibits themselves have been deemed CONFIDENTIAL and Defendants are treating both the exhibits and Mr. Garcia's testimony as deemed CONFIDENTIAL.)  (Privacy Right: Personal Financial Information)

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES:

8.   P. 2:4-6 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

9.   P. 3:27-28 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

10.  P. 4:7-5:3 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

11.  P. 8:8-23 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

12.  P. 9:14-23 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

13.  P. 14:13-27 (Privacy Rights: Work History, Personnel Records, Medical History, Trade Secret/Commercially Sensitive Information)

14.  P. 17:4-10 (Privacy Right: Trade Secret/Commercially Sensitive Information)

15.  P. 19:15-26 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

16.  P. 20:17-19 (Privacy Right: Personal Financial Information)

17.  P. 21:1-22:10 (Privacy Right: Personal Financial Information)

**DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED MATERIAL FACTS:**

18. Uncontroverted Material Fact No. 4, p. 3:12-20 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

19. Uncontroverted Material Fact No. 5, pp. 3:23-4:4 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

20. Uncontroverted Material Fact No. 6, p. 4:6-14 (Privacy Right: Trade Secret/Commercially Sensitive Information)

21. Uncontroverted Material Fact No. 9, p. 5:5-10 (Privacy Rights: Medical History, Work History)

22. Uncontroverted Material Fact No. 10, p. 5:15-17 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

23. Uncontroverted Material Fact No. 12, p. 6:7-11 (Privacy Rights: Personal Financial Information, Trade Secret/Commercially Sensitive Information)

The seal related to the selected portions of materials identified hereinabove shall terminate consistent with Paragraph eighteen (18) of the parties Stipulated Confidentiality Agreement and Protective Order which states:

"Within sixty(60) days after the termination of this litigation and the expiration of the time for appeal, all originals and copies of any documents containing Confidential Material, and all extracts of such documents, shall be returned to the Party who produced such documents or destroyed, unless that Party otherwise agrees in writing.

IT IS FURTHER ORDERED that only those parties who are signatories to the Stipulated Confidentiality Agreement and Protective Order and/or those

identified within the Agreement shall be granted access to the sealed documents;

AND IT IS FURTHER ORDERED that all documents with contents identified herein shall be filed by defendants on CM/ECF in two complete sets. The first complete set shall be filed publicly with all pages and/or lines identified herein redacted. The second complete set shall be filed under seal without any redaction. Courtesy copies provided to the court pursuant to Eastern District Local Rule 133(f) shall be marked "Sealed Documents" and shall not include redactions.

DATED: August 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Thomas P. Gmelich, Esq., State Bar No. 166562
Lena J. Marderosian, Esq., State Bar No. 102782
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendants, BALL DYNAMICS INTERNATIONAL, LLC and M-F ATHLETIC COMPANY, INC.