ROGER A. DREYER, ESQ. / SBN: 095462
ROBERT A. BUCCOLA, ESQ. / SBN: 112880
STEVEN M. CAMPORA, ESQ. / SBN: 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiff,
SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.p.a. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,<br><br>  Defendants. | NO. CIV. 2:10-3210 WBS GGH<br><br>**ORDER GRANTING APPLICATION TO REPLACE DOCUMENT** |
| FRANCISCO GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.p.a. and BALL DYNAMICS INTERNATIONAL, LLC, inclusive,<br><br>  Defendants. | NO. CIV. 2:11-2430 WBS GGH |

IT IS HEREBY ORDERED that Plaintiff's application to replace Dkt#83 is granted. Dkt#83 shall be replaced with the correct version of said document provided to the Court by Plaintiff's counsel.

DATED:  September 11, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Application to Replace Document