Thomas P. Gmelich, Esq., State Bar No. 166562
Lena J. Marderosian, Esq., State Bar No. 102782
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:  (818) 243-5200
Facsimile:  (818) 243-5266

Attorneys for Defendants, Cross-Claimants and Cross-Defendants, BALL DYNAMICS INTERNATIONAL, LLC and M-F ATHLETIC COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.p.a. and BALL DYNAMICS INTERNATIONAL, LLC, Inclusive, <br><br> Defendants. | Lead Case No. 2:10-cv-03210 WBS (GGHx) <br><br> Related to 2:11-cv-02430 WBS (GGHx) <br><br> **STIPULATION OF DISMISSAL, WITH PREJUDICE, AND ORDER THEREON** <br><br> [F.R.C.P. Rule 41(a)(1); Local Rule 160] <br><br> Pre-Trial Status Conference:  11/26/12 <br><br> Trial Date:  01/29/13 |
| FRANCISCO GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER; LEDRAPLASTIC S.p.a.; BALL DYNAMICS INTERNATIONAL, LLC and DOES 1-10, <br><br> Defendants. | |
| AND ALL RELATED CROSS-ACTIONS | |

IT IS HEREBY STIPULATED by and between the parties of this action, through their designated counsel, that the above-captioned consolidated actions, including all complaints and cross-claims, be and hereby are dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

This Stipulation and Order may be signed in counter-parts.

Dated: October 15, 2012         DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

                                By:   /s/ Roger A. Dreyer

                                      Roger A. Dreyer, Esq.

                                Attorneys for Plaintiff, SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.

Dated: October 15, 2012         PANISH, SHEA & BOYLE

                                By:   /s/ Robert S. Glassman

                                      Brian J. Panish, Esq.
                                      Robert S. Glassman, Esq.

                                Attorneys for Plaintiff, FRANCISCO GARCIA

Dated: October 15, 2012         LOCKE LORD, LLP

                                By:   /s/ Mitchell J. Popham

                                      Mitchell J. Popham, Esq.
                                      Kelly S. Biggins, Esq.

                                Attorneys for Defendant, Cross-Claimant and Cross-Defendant, LEDRAPLASTIC, S.p.a.

///

Dated: October 15, 2012        BRADLEY & GMELICH

                               By: /s/ Lena J. Marderosian
                               _____
                               Thomas P. Gmelich
                               Lena J. Marderosian

                               Attorneys for Defendants, Cross-Claimants
                               and Cross-Defendants, BALL
                               DYNAMICS INTERNATIONAL, LLC
                               and M-F ATHLETIC COMPANY, INC.

## ORDER

UPON AGREEMENT OF THE PARTIES, IT IS ORDERED.


                    Dated:      October 17, 2012

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On October 16, 2012, I served true copies of the following document(s) described as **STIPULATION OF DISMISSAL, WITH PREJUDICE, AND ORDER THEREON** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bradley & Gmelich's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2012, at Glendale, California.

Tish Garcia

**SERVICE LIST**
<u>*SacramentoKings v. M-F Athletic Company, Inc. et al.*</u>
<u>2:10-cv-03210-WBS (GGHx)</u>

| | |
|---|---|
| Roger A. Dreyer, Esq.<br>Dreyer Babich Buccola Wood, Campora, LLP<br>20 Bicentennial Circle<br>Sacramento, California 95826<br>(916) 379-3500; Fax: (916) 379-3599<br>rdreyer@dbbwlaw.com<br>dmeeks@dbbwlaw.com<br>sroberts@dbbwlaw.com<br>***Attorneys for Plaintiff, Sacramento Kings Limited Partnership, L.P.*** | Mitchell J. Popham, Esq.<br>Kelly S. Biggens, Esq.<br>Locke Lord Bissell & Liddell, LLP<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, California 90071<br>(213) 485-1500; Fax: (213) 485-1200<br>mpopham@lockelord.cm<br>kbiggins@lockelord.com<br>***Attorneys for Defendant/Cross-Defendant, Ledraplastic S.p.a.*** |
| Brian J. Panish, Esq.<br>Robert S. Glassman, Esq.<br>Cesar R. Garcia, Esq.<br>Panish, Shea & Boyle<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, California 90025<br>(310) 477-1700 Fax: (310) 477-1699<br>panish@psblaw.com<br>***Attorneys for Plaintiff, Francisco Garcia*** | Joe Schlah, Esq.<br>Trovillion, Inveiss & Demakis<br>250 West Colorado Blvd., Ste. 110<br>Arcadia, California 91007<br>(626) 247-1180; Fax: (626) 247-1184<br>jschlah@tidlaw.com<br>***Attorneys for Intervenor, Federal Insurance Company c/o Chubb Group of Insurance Companies*** |