Thomas P. Gmelich, Esq., State Bar No. 166562
Lena J. Marderosian, Esq., State Bar No. 102782
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:  (818) 243-5200
Facsimile:   (818) 243-5266

Attorneys for Defendants, Cross-Claimants and Cross-Defendants, BALL DYNAMICS INTERNATIONAL, LLC and M-F ATHLETIC COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P., | Lead Case No. 2:10-cv-03210 WBS (GGHx) |
| Plaintiff, | Related to 2:11-cv-02430 WBS (GGHx) |
| vs. | **STIPULATION OF DISMISSAL, WITH PREJUDICE, AND ORDER THEREON** |
| M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER, LEDRAPLASTIC S.p.a. and BALL DYNAMICS INTERNATIONAL, LLC, Inclusive, | [F.R.C.P. Rule 41(a)(1); Local Rule 160] |
| Defendants. | Pre-Trial Status Conference:   11/26/12 |
| FRANCISCO GARCIA, | Trial Date:   01/29/13 |
| Plaintiff, | |
| vs. | |
| M-F ATHLETIC COMPANY, INC. dba PERFORM BETTER; LEDRAPLASTIC S.p.a.; BALL DYNAMICS INTERNATIONAL, LLC and DOES 1-10, | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS | |

STIPULATION OF DISMISSAL, WITH PREJUDICE, AND ORDER THEREON

IT IS HEREBY STIPULATED by and between the parties of this action, through their designated counsel, that the above-captioned consolidated actions, including all complaints and cross-claims, be and hereby are dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

This Stipulation and Order may be signed in counter-parts.

Dated: October 15, 2012           DREYER BABICH BUCCOLA WOOD CAMPORA, LLP

By:   /s/ Roger A. Dreyer

Roger A. Dreyer, Esq.

Attorneys for Plaintiff, SACRAMENTO KINGS LIMITED PARTNERSHIP, L.P.

Dated: October 15, 2012           PANISH, SHEA & BOYLE

By:   /s/ Robert S. Glassman

Brian J. Panish, Esq.
Robert S. Glassman, Esq.

Attorneys for Plaintiff, FRANCISCO GARCIA

Dated: October 15, 2012           LOCKE LORD, LLP

By:   /s/ Mitchell J. Popham

Mitchell J. Popham, Esq.
Kelly S. Biggins, Esq.

Attorneys for Defendant, Cross-Claimant and Cross-Defendant, LEDRAPLASTIC, S.p.a.

///

1  Dated: October 15, 2012            BRADLEY & GMELICH

3                                      By: /s/ Lena J. Marderosian
4                                          _____
                                           Thomas P. Gmelich
                                           Lena J. Marderosian

6                                          Attorneys for Defendants, Cross-Claimants
                                           and Cross-Defendants, BALL
                                           DYNAMICS INTERNATIONAL, LLC
7                                          and M-F ATHLETIC COMPANY, INC.

### ORDER

11  UPON AGREEMENT OF THE PARTIES, IT IS ORDERED.

13                       Dated:       October 17, 2012

```
                 [signature]
     WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
```

---

3

STIPULATION OF DISMISSAL, WITH PREJUDICE, AND ORDER THEREON

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On October 16, 2012, I served true copies of the following document(s) described as **STIPULATION OF DISMISSAL, WITH PREJUDICE, AND ORDER THEREON** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bradley & Gmelich's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2012, at Glendale, California.

Tish Garcia

# SERVICE LIST
### *SacramentoKings v. M-F Athletic Company, Inc. et al.*
### 2:10-cv-03210-WBS (GGHx)

Roger A. Dreyer, Esq.  
Dreyer Babich Buccola Wood, Campora, LLP  
20 Bicentennial Circle  
Sacramento, California 95826  
(916) 379-3500; Fax: (916) 379-3599  
rdreyer@dbbwlaw.com  
dmeeks@dbbwlaw.com  
sroberts@dbbwlaw.com  
***Attorneys for Plaintiff, Sacramento Kings Limited Partnership, L.P.***

Mitchell J. Popham, Esq.  
Kelly S. Biggens, Esq.  
Locke Lord Bissell & Liddell, LLP  
300 South Grand Avenue, Suite 2600  
Los Angeles, California 90071  
(213) 485-1500; Fax: (213) 485-1200  
mpopham@lockelord.cm  
kbiggins@lockelord.com  
***Attorneys for Defendant/Cross-Defendant, Ledraplastic S.p.a.***

Brian J. Panish, Esq.  
Robert S. Glassman, Esq.  
Cesar R. Garcia, Esq.  
Panish, Shea & Boyle  
11111 Santa Monica Blvd., Suite 700  
Los Angeles, California 90025  
(310) 477-1700 Fax: (310) 477-1699  
panish@psblaw.com  
***Attorneys for Plaintiff, Francisco Garcia***

Joe Schlah, Esq.  
Trovillion, Inveiss & Demakis  
250 West Colorado Blvd., Ste. 110  
Arcadia, California 91007  
(626) 247-1180; Fax: (626) 247-1184  
jschlah@tidlaw.com  
***Attorneys for Intervenor, Federal Insurance Company c/o Chubb Group of Insurance Companies***